IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-503-CR




SEDRICK MITCHELL,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 0933599, HONORABLE JON N. WISSER, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from a conviction for aggravated robbery. Punishment was
assessed at confinement for six years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 


Before Chief Justice Carroll, Justices Jones and Kidd;

 Chief Justice Carroll Not Participating 

Dismissed on Appellant's Motion

Filed: November 9, 1994

Do Not Publish